IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cole, Stacy

Printed: 10/29/08

Case Number: 06 B 16251
Judge: Wedoff, Eugene R
Filed: 12/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 11, 2008
Confirmed: March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,106.58 |  |
| Secured: |  | 3,125.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,233.00 |
| Trustee Fee: |  | 316.75 |
| Other Funds: |  | 1,431.83 |
| Totals: | 7,106.58 | 7,106.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,233.00 | 2,233.00 |
| 2. | Surety Finance | Secured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Secured | 14,062.44 | 3,125.00 |
| 4. | Capital One | Unsecured | 365.01 | 0.00 |
| 5. | Capital One | Unsecured | 536.02 | 0.00 |
| 6. | Capital One | Unsecured | 530.15 | 0.00 |
| 7. | Corporate America Family CU | Unsecured | 0.20 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 434.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 603.98 | 0.00 |
| 10. | America's Financial Choice Inc | Unsecured | 149.03 | 0.00 |
| 11. | Check N Go | Unsecured | | No Claim Filed |
| 12. | Surety Finance | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Credit Systems International | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Household Bank FSB | Unsecured | | No Claim Filed |
| 17. | Trust Receivable Services | Unsecured | | No Claim Filed |
| | | | $ 18,913.83 | $ 5,358.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 255.90 |
| 6.5% | 60.85 |
| | $ 316.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cole, Stacy

Printed: 10/29/08

Case Number:  06 B 16251
Judge:  Wedoff, Eugene R
Filed:  12/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

